**Order entered July 26, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00391-CR

**FRANK PAUL CELAYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-52876-U**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the appointment of counsel. The supplemental clerk's record containing the trial court's appointment was filed July 24, 2019. The Clerk is **DIRECTED** to list Sharita Blacknall as counsel of record for appellant.

Appellant's brief is **DUE** September 3, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE